

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*John T. Stinson*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*401 Market Street, 4th Fl.*
*Camden, NJ 08101*
*john.stinson@usdoj.gov*

*main: (856) 757-5026*
*direct:(856) 757-5139*

April 7, 2026

*GRANTED NUNC PRO TUNC.*

So Ordered this ___8th___ day
of ___April___, 20_26_

_____
Hon. Zahid N. Quraishi
United States District Judge

**By ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re: ***Delacruz Ortega v. Warden of Delaney Hall***, No. 26-cv-3644
> **Respondents'** *Nunc Pro Tunc* **Request for Extension of**
> **Deadline to File Declaration to April 8 at Noon**

Dear Judge Quraishi:

This Office represents the Respondents in the above-referenced habeas matter brought by Petitioner to challenge his immigration detention. We write to request, *nunc pro tunc*, an extension to noon on April 8, 2026, of the deadline to file the declaration from U.S. Immigration and Customs Enforcement ("ICE") directed by the Court in its Order to Answer at ECF No. 5.

We submit that there is good cause for such an extension. This Office received the Court's Order to Answer at 5:00 p.m. today, April 7, 2026. Among other things, the Order directed that ICE submit a declaration by 5 p.m. on the same date. ECF No. 5. This Office forwarded the ECF notice and Order to Answer to ICE at 5:11 p.m. and followed up to provide advice and to request expedited preparation of the declaration. However, Respondents could not have met the 5 p.m. deadline in the Order to Answer because it issued at 5 p.m.

This Office will continue to follow up with ICE to obtain the declaration quickly. However, we respectfully request an extension, *nunc pro tunc*, to tomorrow, April 8, 2026, at noon to submit the declaration to the Court.

If this proposal is acceptable to the Court, we respectfully request that Your Honor "so order" this letter and have the Clerk's Office file it on the docket. Thank you very much for your time and consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    /s/ *John T. Stinson*
        JOHN T. STINSON
        Assistant United States Attorney
        Deputy Chief, Civil Division

cc:    Counsel of Record